IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice


Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

1.    JIMMY R. GUIRE, JR.;
2.    JIMMY R. GUIRE, SR.; and
3.    GO WEST INDUSTRIES, INC.,

---

## ORDER SETTING TRIAL

---

It is hereby ORDERED that this matter is set for a two day trial to the Court commencing at 9:00 a.m. on June 21, 2007 before Magistrate Judge Gudrun Rice, in Courtroom 323, 3rd Floor, Wayne N. Aspinall Federal Building, 400 Rood Avenue, Grand Junction, Colorado (81501).  Pretrial conference set for June 20, 2007 at 4:00 p.m.  The provisions of the Local Rules of this Court and of Fed.R.Crim.P. 16 shall be followed by the prosecution and the defense.

It is further ORDERED that thirty (30) days before trial, the parties shall notify the Magistrate Judge's assistant, Lynn Singer, who may be reached at (970) 241-8932 of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

It is further ORDERED that each party shall file with the Clerk of the Court and provide the Magistrate Judge with an original and two copies of the following materials at the beginning of the court trial:

1.      Witness list in alphabetical order;

2.      Exhibit list (see attached format);

      a.      Trial exhibits shall be pre-marked.  The Government shall use numbers and the defense shall use letters;

  b. The parties are to meet and exchange their pre-marked exhibits before the beginning of the trial.

  c. The parties are to pre-determine the designation of any exhibit which is endorsed by both parties in order to avoid duplication of exhibits;

  d. Each party's original trial exhibits shall be used by the witness and two copies of the exhibits shall be provided to the Magistrate Judge;

  e. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

  f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

3. A list of any objections any party has to the opponent's exhibits.  These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection.  If the authority is in the Federal Rules of Evidence, the rule number is to be cited; if the authority is case law the Court is to be provided with a copy of the case.

4. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial.

5. A list of stipulated exhibits.

6. A list of stipulated facts.

7. A list of any facts of which a party is asking the Court to take judicial notice.

8. A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

It is further ORDERED that a Notice of Disposition shall be filed with the Clerk of the Court no later than <u>fourteen (14) days before the date set for the trial</u> AND a copy

shall be provided to the Magistrate Judge's Chambers by e-mail in a Word or WordPerfect attachment.

Dated this 26th day of January, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge

EXHIBIT LIST

CASE NUMBER_____     PLAINTIFF'S LIST_____     DEFENDANT'S LIST_____     THIRD PARTY LIST ____

CASE CAPTION _____ VS. _____ PAGE NUMBER___DATE_____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2,  B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |