IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun J. Rice

Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

1. JIMMY R. GUIRE, JR.;
2. JIMMY R. GUIRE, SR.; and
3. GO WEST INDUSTRIES, INC.,

---

ORDER

---

 On Motion of the government, Violation Notice No. F 3868305 charging the Defendant, Jimmy R. Guire, Sr., with constructing or maintaining a road without authorization in violation of 36 C.F.R. 261.10(a) is dismissed with prejudice.

 Dated this 7th day of December, 2007.

        BY THE COURT:

        s/ Gudrun J. Rice

        Gudrun J. Rice
        United States Magistrate Judge