IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun J. Rice


Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

1.    JIMMY R. GUIRE, JR.;
2.    JIMMY R. GUIRE, SR.; and
3.    GO WEST INDUSTRIES, INC.,

---

## ORDER

---

    On Motion of the government, Violation Notice No. F 3868309 charging the Defendant, Jimmy R. Guire, Sr., with Constructing or maintaining a road without authorization in violation of 36 C.F.R. 261.10(a) is dismissed with prejudice.

    Dated this 7th day of December, 2007.

                    BY THE COURT:

                    s/ Gudrun J. Rice

                    _____

                    Gudrun J. Rice
                    United States Magistrate Judge